UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH SHAMAR HANNA,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

26-CV-4762 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 28, 2026, the Court directed Plaintiff to file an amended pleading within 60 days. That order specified that failure to comply would result in dismissal of the complaint for Plaintiff's failure to exhaust his administrative remedies. Plaintiff has not filed an amended pleading. Accordingly, the Court dismisses the complaint for Plaintiff's failure to exhaust his administrative remedies without prejudice to Plaintiff filing a new action after he has exhausted his administrative remedies.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: October 6, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge